IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CAROL PATILLA                                                                                    PLAINTIFF

V.                                                                  CIVIL ACTION NO. 1:17-CV-20-SA-DAS

REBECCA CUNNINGHAM                                                                      DEFENDANT

ORDER REMANDING CASE

Presently before the Court is the Plaintiff's Motion to Remand and for Attorney's Fees [Doc. No. 7], and the Court, having considered the motion, the Court file, and the premises there for, finds said motion to be well taken in part.

ACCORDINGLY, it is hereby ORDERED that the Plaintiff's Motion to Remand and for Attorney's Fees [7] is GRANTED in part. This matter is hereby remanded to the Circuit Court of Sixteenth Judicial Circuit in and for Oktibbeha County, Mississippi. The Clerk of this Court is directed to forward a certified copy of this Order to the Clerk of the Circuit Court of Sixteenth Judicial Circuit in and for Oktibbeha County, Mississippi and to close this case. All other motions and requests for relief are denied.

SO ORDERED on this the 17th day of April, 2017.

                                                  /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE